WLF | THE WILLIAMS LINDBERG LAW FIRM, PC
J. Craig Williams, Esq., CSBN 134308
Craig E. Lindberg, Esq., CSBN 150778
100 Bayview Circle, South Tower, Suite 330
Newport Beach, California 92660-2984
Telephone: 949-833-3088
Facsimile:  949-833-3058

JS - 6

Attorneys for all Defendants and Counter-
claimants DeGregori Incorporated and Peter
V. DeGregori, CPA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

DK Advisors Holdings, PLC,

      Plaintiff,

      v.

DeGregori Incorporated, *et al.*,

      Defendants,

_____

DeGregori Incorporated, a California corporation; Peter V. DeGregori, CPA, a individual and California resident,

      Counter-claimants,

      v.

ProVision Holdings, PLC, formerly known as DK Advisors Holdings, PLC, an Arizona corporation; Thomas M. Wheelwright, CPA, an individual and Arizona resident; The Thomas M. Wheelwright Trust, an Arizona trust; Ann K. Mathis, CPA, an individual and Arizona resident; The Ann K. Mathis Trust, an Arizona trust; Robert Deines, CPA, an individual and Arizona resident; and, Roes 1 through 10,

      Counter-defendants.

_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. SACV 07-205 JVS (RZx)

**The Honorable James V. Selna**

**JOINT STIPULATION FOR DISMISSAL; AND ORDER THEREON**

J:\wdox\docs\805\001\108205.WPD

JOINT STIPULATION RE: DISMISSAL; AND ORDER THEREON

1    On March 3, 2008, pursuant to the Stipulation of the parties, the Court entered

2  its Order Approving Settlement, Terminating Injunction and Exonerating Bond in

3  the above-entitled matter;

4

5    Thereafter, the parties have satisfied the remaining terms of their confidential

6  Settlement Agreement filed with the Court under seal (Agreement);

7

8    Finally since the Court has issued its order terminating the injunction and

9  exonerating the bond, the parties stipulate to the waiver of all claims against

10  American Contractors Indemnity Company Bond Number 716615, executed on

11  March 5, 2007 and filed with the Court on March 6, 2007, to secure the issuance of

12  the injunction in this matter.

13

14    THEREFORE, the parties, by and through their attorneys and as agreed in the

15  Agreement, stipulate as follows:

16    1.    The Court may dismiss the entire action with prejudice pursuant to

17  Federal Rules of Civil Procedure, Rule 41(a)(2);

18

19    2.    All claims against American Contractors Indemnity Company Bond

20  Number 716615, executed on March 5, 2007 and filed with the Court on March 6,

21  2007, are waived;

22

23    3.    Each party shall bear its own attorneys fees and costs;

24

25    4.    Upon entry of the dismissals, the Court may advise the United States

26  Copyright Office, in compliance with the provisions of 17 U.S.C. section 508 and

27  by completing the "Report on the Filing or Determination of an Action or Appeal

28  Regarding a Copyright" originally filed with this Court on March 23, 2007, that the

THE WILLIAMS LINDBERG LAW FIRM, PC.
WLF

matter has been dismissed and no further proceedings by the Copyright Office are required.

**IT IS SO STIPULATED:**

DATED:  March __, 2008                    WLF | THE WILLIAMS LINDBERG
                                          LAW FIRM, PC


                                          By: _____
                                              J. Craig Williams
                                              Attorneys for Defendants and
                                              Counter-claimants

DATED:  March __, 2008                    C. WILLIAM KIRCHER, JR., A
                                          PROFESSIONAL CORPORATION


                                          By: _____
                                              C. William Kircher, Jr.
                                              Attorneys for Plaintiffs and Counter-
                                              defendant DK Advisors Holdings,
                                              PLC

## ORDER

Good cause appearing therefore, the Court makes the following Orders:

1.      The above-entitled matter is dismissed in its entirety, including both the Complaint, the Counter-claim and all parties, and all Does and Roes, with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2);

2.      Each party shall bear its own attorneys fees and costs;

3.      The parties' claims against American Contractors Indemnity Company Bond Number 716615, executed on March 5, 2007 and filed with the Court on March 6, 2007, are deemed waived; and,

1        4.      The Clerk shall advise the United States Copyright Office, in

2  compliance with the provisions of 17 U.S.C. section 508 and by completing the

3  "Report on the Filing or Determination of an Action or Appeal Regarding a

4  Copyright" originally filed with this Court on March 23, 2007, that the matter has

5  been dismissed and no further proceedings by the Copyright Office are required.

6

7  **IT IS SO ORDERED.**

8

9  DATED: April 1, 2008           UNITED STATES DISTRICT COURT FOR

10                            THE CENTRAL DISTRICT OF

                                CALIFORNIA, SOUTHERN DIVISION

11

12                By: _____

13                      The Honorable James V. Selna,

                      United Stated District Court Judge

THE WILLIAMS LINDBERG LAW FIRM, P.C.

WLF

J:\wdox\docs\805\001\108205.WPD